**Opinion issued January 31, 2013**



In The

# Court of Appeals

### For The

# First District of Texas

————————

## NO. 01-12-01069-CR

————————

## IN RE LUIS S. LAGAITE, JR., Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Pro se relator Luis S. Lagaite, Jr. has filed a petition for writ of mandamus.[1]

*See* TEX. GOV'T CODE ANN. § 22.221 (West 2004). In the petition, relator asks this

Court to compel the judge of the 278th District Court of Walker County to perform

a ministerial duty.

We have jurisdiction to issue writs of mandamus against a judge of a district

or county court in our appellate district. *See* TEX. GOV'T CODE ANN. § 22.221(b).

---

[1]   Relator names as respondent Senior Judge Earl Ernst of the 278th District Court of Walker County, Texas.

Walker County is not within this Court's district. *See id.* § 22.201(b), (k) (West Supp. 2012). Because Walker County is not in our appellate district, we have no authority to issue a writ of mandamus directed to the judge of the 278th District Court of that county.

Accordingly, we dismiss the petition for writ of mandamus for lack of jurisdiction.

**PER CURIAM**

Panel consists of Justices Jennings, Bland, and Massengale.

Do not publish. TEX. R. APP. P. 47.2(b).